**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **JOSE LUIS HERNANDEZ and MONICA HERNANDEZ,** § § § | |
| Plaintiffs, § § | **CAUSE NO. EP-22-CV-14-KC** |
| v. § § | |
| **INTERSTATE INTRINSIC VALUE FUND A, LLC,** § § § | |
| Defendant. | |

**ORDER**

On this day, the Court sua sponte considered the above-captioned case. On January 19, 2022, Judge Frank Montalvo recused himself from the case of *The Bank Of New York Mellon F/K/A The Bank Of New York v. Trien*, 3:20-CV-156, and the case was re-assigned to the undersigned judge. Order of Recusal, 3:20-CV-156, ECF No. 29.

Pursuant to this District's Amended Order Assigning the Business of the Court effective May 10, 2021, "[w]henever a judge receives a case due to . . . recusal, the receiving judge may transfer one of his or her cases, of equal weight or as close as possible, to the . . . recused judge." May 10, 2021, Amended Order Assigning the Business of the Court. Accordingly, this Court transfers the above-captioned case to the Honorable Frank Montalvo pursuant to this District's Amended Order. *See id.*

Accordingly, it is **ORDERED** that the above-captioned case is **TRANSFERRED** to the docket of the Honorable Frank Montalvo. The District Clerk shall **CREDIT** this case to the percentage of business of the receiving Judge pursuant to the most current Order Assigning the Business of the Court.

**SO ORDERED.**

**SIGNED this 20th day of January, 2022.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE